UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON P. CAIE,

        Plaintiff,

v.

WEST BLOOMFIELD TOWNSHIP, *et. al.*,

        Defendants.
                                        /

Case No. 09-14521

Honorable John Corbett O'Meara

## **ORDER DISMISSING STATE CLAIMS**

Plaintiff Jason P. Caie filed a six-count complaint against Defendants, alleging the following causes of action: Counts I, II, and III, violations 42 U.S.C. § 1983; Count IV, assault and battery; Count V, false arrest; and Count VI, intentional infliction of emotional distress.

While claims alleging violations of federal law are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations in the complaint present claims based on state law. The parties to this matter are not diverse. Therefore, this court declines to exercise pendent jurisdiction over the state claims. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c). Accordingly, it is hereby **ORDERED** that Counts IV, V, and VI are **DISMISSED.**

                                                              s/John Corbett O'Meara
                                                              United States District Judge

Date: February 24, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 24, 2010, using the ECF system and/or ordinary mail.

<pre>
                                        s/William Barkholz
                                        Case Manager
</pre>